Arthur JONES, Appellant,

v.

The STATE of Texas, Appellee.

No. 27172.

Court of Criminal Appeals of Texas.

Nov. 17, 1954.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., Austin, for the State.

### PER CURIAM.

The offense is the unlawful possession of wine for the purpose of sale in a dry area; the punishment, a fine of $200.

The record is before us without a statement of facts or bills of exception.

All the proceedings appearing regular and nothing being presented for our review, the judgment of the trial court is affirmed.